·ADAMS, Administrator, *v.* EVANS.—In error.

*WILSON* obtained a judgment before a justice of the peace against *Evans*, and the defendant appealed to the Circuit Court. Whilst the appeal was pending, the suit abated by the death of *Wilson*. *Held*, that the administrator of the deceased might revive the suit.

*Evans* had filed before the justice, in the above-named suit, an account against *Wilson* as a set-off, which amounted to more than *Wilson's* demand; and on the trial in the Circuit Court, (the suit having been revived, &c.) the jury gave a verdict in *Evan's* favour for a certain sum, without finding the amount of assets in the administrator's hands. *Held*, that the omission to find the amount of assets was not, in this case, any objection to the verdict.